| | |
|---|---|
| ══ **NOTICE OF ENTRY** ══ | Index No. 06-CV-3421     Year 2006 |
| PLEASE take notice that the within is a (*certified*) true copy of a duly entered in the office of the clerk of the within named court on | **UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK** |
| Dated, | **LARRY VELASCO,** |
| Yours, etc. | **Plaintiff,** |
| *Attorney for* | **-against-** |
| *Office and Post Office Address* | **THE CITY OF NEW YORK, DETECTIVE BRUCE KOCH, Shield #92146, DETECTIVE ANTOIN MALLOY, Shield #02335, and DETECTIVE NELSON VILLAFONE,** |
| | **Defendants.** |
| To | |
| Attorney(s) for | **AMENDED COMPLAINT** |
| ══ **NOTICE OF SETTLEMENT** ══ | |
| PLEASE take notice that an order | Signature (Rule 130-1.1-a) |
| of which the within is a true copy will be presented for settlement to the Hon. | Print name beneath |
| one of the judges of the within named Court, at | **Ofodile & Associates, P.C.** |
| on | *Attorney for* **Plaintiff Larry Velasco** |
| at           M. | *Office and Post Office Address, Telephone* |
| Dated, | **498 Atlantic Avenue** |
| Yours, etc. | **Brooklyn, New York 11217** |
| | **Tel. No.: (718_ 852-8300** |
| *Attorney for* | |
| *Office and Post Office Address* | To |
| | Attorney(s) for |
| | Service of a copy of the within is hereby admitted. Dated |
| To | |
| Attorney(s) for | ................................................................. |
| | Attorney(s) for |